Affirmed and Memorandum Opinion filed January 11, 2007








Affirmed
and Memorandum Opinion filed January 11, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-02-00863-CR

____________

 

TREMASTRO HOOPER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 9th District
Court

Waller County, Texas

Trial Court Cause No. 98-06-9387

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was convicted of the offense of delivery of a controlled substance, and
sentenced on February 15, 2002, to five years= incarceration in the Institutional
Division of the Texas Department of Criminal Justice.








On
November 2, 2006, this court ordered a hearing to determine why appellant's
appointed counsel had not filed a brief in this appeal.  On November 28, 2006,
the trial court conducted the hearing.  The record of the hearing was filed in
this court on December 7, 2006.  On December 13, 2006, a supplemental clerk=s record was filed, which contained
the trial judge=s findings of fact and conclusions of law.  

The
trial court found appellant no longer desires to prosecute his appeal.

On the
basis of this finding, this court has considered the appeal without briefs.   See
Tex. R. App. P. 38.8(b).  We find no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 11, 2007.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex.
R. App. P. 47.2(b).